The People of the State of New York, Respondent, v Juan Cardena, Appellant. [961 NYS2d 777]—Judgment of resentence, Supreme Court, New York County (Carol Berkman, J.), rendered April 4, 2012, resentencing defendant, as a second felony drug offender, to a term of five years, with three years' postrelease supervision, unanimously affirmed.

The court provided a sufficient reduction of sentence pursuant to CPL 440.46. In light of defendant's criminal history, we perceive no basis for a further reduction. Concur—Friedman, J.P., Sweeny, Renwick, Richter and Román, JJ.